**KAHN SWICK & FOTI, LLC**

Kim E. Miller (*PHV to be submitted*)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730

*Counsel for Lead Plaintiff Movant
Greenstone Nevada, LLC and
Proposed Lead Counsel for the Class*

**DECOTIIS, FITZPATRICK, COLE
& GIBLIN, LLP**

Vincent M. Giblin
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Telephone: (201) 347-2136

*Local Counsel for Lead Plaintiff
Movant Greenstone Nevada, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DYLAN OLSEN, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RED CAT HOLDINGS, INC., JEFFREY THOMPSON, LEAH LUNGER, JOSEPH HERNON, GEORGE MATUS, GEOFFREY HITCHCOCK, and BRENDAN STEWART,<br><br>Defendants. | Civ. A. No. 2:25-CV-05427-MEF-JSA<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF VINCENT M. GIBLIN IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLANTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>**MOTION DATE: August 18, 2025** |

I, Vincent M. Giblin, hereby declare as follows:

1.      I am a partner with the law firm of DeCotiis, Fitzpatrick, Cole & Giblin, LLP, Local Counsel for Lead Plaintiff Movant Greenstone Nevada, LLC ("Greenstone" or "Movant") in the above-captioned action (the "Action"), and have personal knowledge of the facts set forth herein. I make this Declaration in opposition to the competing motions for appointment as Lead Plaintiff and approval of selection of counsel in the above- captioned action (the "Action").

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Conformed Loss Chart of the Cheng/Howard Group;

Exhibit B:   Conformed Loss Chart of William and Tamara Mayers; and

Exhibit C:   Conformed Loss Chart of Catherine Green;

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Executed this 4th day of August, 2025, at Paramus, New Jersey.

/s/ Vincent M. Giblin
Vincent M. Giblin

1