# EXHIBIT A

**Conformed Class Period Losses of the Cheng/Howard Group in Securities of Red Cat Holdings, Inc. (NASDAQ: "RCAT")**

| | | |
|---|---|---|
| Class Period Begins: | 3/18/2022 | |
| Class Period Ends: | 1/15/2025 | |
| Partial Disclosures: | 7/27/2023 | 9/23/2024 |
| 90-Day Lookback Expired: | 4/15/2025 | |
| 90-Day Lookback Price: | $7.22 | |
| James Cheng LIFO/*Dura* Gain: | $ 146,599.00 | |
| Levelt Howard LIFO/*Dura* Loss: | $ (31,842.11) | |
| **Total LIFO/*Dura* Gain:** | **$ 114,756.89** | |

### James Cheng - Account #1

**Common Stock**

| Purchases | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | (Cost) | Date | Quantity | Price | Proceeds | (Loss)/Gain |
| 11/15/2024 | 5,200 | $ 4.68 | $ (24,336.00) | 11/15/2024 | 5,200 | $4.69 | $ 24,388.00 | $ 52.00 |
| 12/20/2024 | 1,930 | $ 10.83 | $ (20,902.00) | | | | | |
| 12/20/2024 | 135 | $ 10.01 | $ (1,351.00) | | | | | |
| 12/20/2024 | 1,500 | $ 9.92 | $ (14,880.00) | | | | | |
| 12/20/2024 | 190 | $ 9.83 | $ (1,868.00) | | | | | |
| | | | | 12/20/2024 | 3,755 | $10.82 | $ 40,629.00 | $ 1,628.00 |
| 12/24/2024 | 20 | $ 12.13 | $ (243.00) | | | | | |
| 12/24/2024 | 420 | $ 11.75 | $ (4,935.00) | | | | | |
| 12/24/2024 | 1,000 | $ 11.69 | $ (11,690.00) | | | | | |
| 12/24/2024 | 1,000 | $ 10.67 | $ (10,670.00) | | | | | |
| | | | | 12/26/2024 | 2,440 | $14.03 | $ 34,233.00 | $ 6,695.00 |
| 12/31/2024 | 40 | $ 12.87 | $ (515.00) | | | | | |
| 1/3/2025 | 30 | $ 13.26 | $ (398.00) | | | | | |
| | | | | 1/7/2025 | 70 | $12.94 | $ 906.00 | $ (7.00) *Non-*Dura* Loss |

| | |
|---|---|
| **Cheng Account #1 LIFO/*Dura* Stock Gain:** | **$ 8,375.00** |

**Options**

| Purchases | | | | | | Sales/Expirations | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Option Type | Option Contract | Date | Quantity | Price | Premium | Date | Quantity | Action | Price | Proceeds | (Loss)/Gain | |
| Call | C 20241018 4 | 10/11/2024 | 38 | $ 0.25 | $ (950.00) | 10/18/2024 | 38 | Expired | $ - | $ - | $ (950.00) | *Non-*Dura* Loss |
| Call | C 20241220 6 | 11/15/2024 | 276 | $ 0.90 | $ (24,840.00) | 11/15/2024 | 276 | Sold | $ 0.90 | $ 24,840.00 | $ - | |
| Call | C 20250718 15 | 12/20/2024 | 105 | $ 4.20 | $ (44,100.00) | 12/23/2024 | 105 | Sold | $ 4.10 | $ 43,050.00 | $ (1,050.00) | *Non-*Dura* Loss |
| Call | C 20250117 14 | 12/27/2024 | 800 | $ 1.40 | $ (112,000.00) | 1/17/2025 | 800 | Expired | $ - | $ - | $ (112,000.00) | |
| Call | C 20250417 13 | 12/20/2024 | 230 | $ 3.40 | $ (78,200.00) | 12/26/2024 | 230 | Sold | $ 4.90 | $ 112,700.00 | $ 34,500.00 | |
| Call | C 20250417 16 | 12/27/2024 | 1,000 | $ 3.30 | $ (330,000.00) | 4/17/2025 | 1,000 | Expired | $ - | $ - | $ (330,000.00) | |
| Call | C 20241018 4 | 10/8/2024 | 16 | $ 0.30 | $ (480.00) | | | | | | | |
| Call | C 20241018 4 | 10/9/2024 | 200 | $ 0.25 | $ (5,000.00) | | | | | | | |
| Call | C 20241018 4 | 10/9/2024 | 200 | $ 0.25 | $ (5,000.00) | | | | | | | |
| Call | C 20241018 4 | 10/9/2024 | 200 | $ 0.25 | $ (5,000.00) | | | | | | | |
| Call | C 20241018 4 | 10/9/2024 | 198 | $ 0.30 | $ (5,940.00) | | | | | | | |
| Call | C 20241018 4 | 10/10/2024 | 200 | $ 0.20 | $ (4,000.00) | | | | | | | |
| Call | C 20241018 4 | 10/10/2024 | 200 | $ 0.20 | $ (4,000.00) | | | | | | | |

| Type | Contract | Date | Qty | | Price | | Amount | Date | Qty | Status | | Price | | Amount | | Gain/Loss | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Call | C 20241018 4 | 10/10/2024 | 200 | $ | 0.20 | $ | (4,000.00) | | | | | | | | | | |
| Call | C 20241018 4 | 10/10/2024 | 200 | $ | 0.20 | $ | (4,000.00) | | | | | | | | | | |
| Call | C 20241018 4 | 10/10/2024 | 200 | $ | 0.20 | $ | (4,000.00) | | | | | | | | | | |
| Call | C 20241018 4 | 10/10/2024 | 22 | $ | 0.20 | $ | (440.00) | | | | | | | | | | |
| | | | | | | | | 10/18/2024 | 1,836 | Expired | $ | - | $ | - | $ | (41,860.00) | *Non-*Dura* Loss |
| Call | C 20241115 5 | 10/10/2024 | 172 | $ | 0.35 | $ | (6,020.00) | | | | | | | | | | |
| Call | C 20241115 5 | 10/11/2024 | 200 | $ | 0.35 | $ | (7,000.00) | | | | | | | | | | |
| Call | C 20241115 5 | 10/11/2024 | 200 | $ | 0.35 | $ | (7,000.00) | | | | | | | | | | |
| Call | C 20241115 5 | 10/15/2024 | 39 | $ | 0.50 | $ | (1,950.00) | | | | | | | | | | |
| | | | | | | | | 11/15/2024 | 611 | Expired | $ | - | $ | - | $ | (21,970.00) | *Non-*Dura* Loss |
| Call | C 20241018 5 | 10/11/2024 | 200 | $ | 0.20 | $ | (4,000.00) | | | | | | | | | | |
| Call | C 20241018 5 | 10/11/2024 | 200 | $ | 0.20 | $ | (4,000.00) | | | | | | | | | | |
| Call | C 20241018 5 | 10/11/2024 | 100 | $ | 0.20 | $ | (2,000.00) | | | | | | | | | | |
| | | | | | | | | 11/15/2024 | 500 | Expired | $ | - | $ | - | $ | (10,000.00) | *Non-*Dura* Loss |
| Call | C 20241115 4 | 10/15/2024 | 170 | $ | 0.75 | $ | (12,750.00) | | | | | | | | | | |
| Call | C 20241115 4 | 10/15/2024 | 17 | $ | 0.75 | $ | (1,275.00) | | | | | | | | | | |
| | | | | | | | | 11/15/2024 | 187 | Sold | $ | 0.65 | $ | 12,155.00 | $ | (1,870.00) | *Non-*Dura* Loss |
| Call | C 20250117 6 | 11/14/2024 | 200 | $ | 0.40 | $ | (8,000.00) | 11/18/2024 | 200 | Sold | $ | 1.40 | $ | 28,000.00 | $ | 20,000.00 | |
| Call | C 20250117 6 | 1/17/2025 | 1 | $ | - | $ | - | 11/18/2024 | 1 | Sold | $ | 1.40 | $ | 140.00 | $ | 140.00 | |
| Call | C 20241220 7 | 11/15/2024 | 461 | $ | 0.79 | $ | (36,599.00) | | | | | | | | | | |
| Call | C 20241220 7 | 11/15/2024 | 335 | $ | 0.75 | $ | (25,125.00) | | | | | | | | | | |
| Call | C 20241220 7 | 11/18/2024 | 2 | $ | 0.90 | $ | (180.00) | | | | | | | | | | |
| Call | C 20241220 7 | 11/18/2024 | 20 | $ | 1.00 | $ | (2,000.00) | | | | | | | | | | |
| Call | C 20241220 7 | 11/18/2024 | 100 | $ | 1.00 | $ | (10,000.00) | | | | | | | | | | |
| Call | C 20241220 7 | 11/18/2024 | 200 | $ | 1.10 | $ | (22,000.00) | | | | | | | | | | |
| Call | C 20241220 7 | 11/19/2024 | 36 | $ | 0.80 | $ | (2,880.00) | | | | | | | | | | |
| Call | C 20241220 7 | 11/19/2024 | 400 | $ | 0.85 | $ | (34,000.00) | | | | | | | | | | |
| | | | | | | | | 11/25/2024 | 1,500 | Sold | $ | 2.75 | $ | 412,500.00 | | | |
| | | | | | | | | 11/25/2024 | 53 | Sold | $ | 2.80 | $ | 14,840.00 | | | |
| | | | | | | | | 12/20/2024 | 1 | Expired | $ | - | $ | - | $ | 294,556.00 | |
| Call | C 20241220 8 | 11/18/2024 | 200 | $ | 0.80 | $ | (16,000.00) | | | | | | | | | | |
| Call | C 20241220 8 | 11/18/2024 | 26 | $ | 0.90 | $ | (2,340.00) | | | | | | | | | | |
| Call | C 20241220 8 | 11/18/2024 | 200 | $ | 0.90 | $ | (18,000.00) | | | | | | | | | | |
| Call | C 20241220 8 | 11/18/2024 | 200 | $ | 0.90 | $ | (18,000.00) | | | | | | | | | | |
| Call | C 20241220 8 | 11/19/2024 | 200 | $ | 0.65 | $ | (13,000.00) | | | | | | | | | | |
| | | | | | | | | 11/25/2024 | 825 | Sold | $ | 2.20 | $ | 181,500.00 | | | |
| | | | | | | | | 12/20/2024 | 1 | Expired | $ | - | $ | - | $ | 114,160.00 | |
| Call | C 20241220 9 | 11/26/2024 | 200 | $ | 1.30 | $ | (26,000.00) | | | | | | | | | | |
| | | | | | | | | 12/20/2024 | 10 | Sold | $ | 0.90 | $ | 900.00 | | | |
| | | | | | | | | 12/20/2024 | 190 | Sold | $ | 0.91 | $ | 17,201.00 | $ | (7,899.00) | *Non-*Dura* Loss |
| Call | C 20241220 10 | 11/25/2024 | 130 | $ | 2.03 | $ | (26,390.00) | | | | | | | | | | |
| Call | C 20241220 10 | 11/25/2024 | 600 | $ | 1.93 | $ | (115,800.00) | | | | | | | | | | |
| Call | C 20241220 10 | 11/25/2024 | 1,000 | $ | 1.50 | $ | (150,000.00) | | | | | | | | | | |
| Call | C 20241220 10 | 11/25/2024 | 825 | $ | 1.60 | $ | (132,000.00) | | | | | | | | | | |
| Call | C 20241220 10 | 11/26/2024 | 120 | $ | 1.00 | $ | (12,000.00) | | | | | | | | | | |
| Call | C 20241220 10 | 11/26/2024 | 290 | $ | 1.70 | $ | (49,300.00) | | | | | | | | | | |
| | | | | | | | | 12/16/2024 | 168 | Sold | $ | 2.20 | $ | 36,960.00 | | | |
| | | | | | | | | 12/16/2024 | 1,500 | Sold | $ | 2.20 | $ | 330,000.00 | | | |
| | | | | | | | | 12/20/2024 | 261 | Sold | $ | 0.82 | $ | 21,402.00 | | | |

| Option Type | Option Contract | Date | Quantity | Price | Premium | Date | Quantity | Action | Price | Proceeds | (Loss)/Gain | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 12/20/2024 | 500 | Sold | $ 0.80 | $ 40,000.00 | | |
| | | | | | | 12/20/2024 | 500 | Sold | $ 0.90 | $ 45,000.00 | | |
| | | | | | | 12/20/2024 | 36 | Expired | $ - | $ - | $ (12,128.00) | *Non-*Dura* Loss |
| Call | C 20241220 11 | 11/25/2024 | 9 | $ 1.85 | $ (1,665.00) | | | | | | | |
| Call | C 20241220 11 | 11/25/2024 | 820 | $ 2.09 | $ (171,380.00) | | | | | | | |
| | | | | | | 12/20/2024 | 829 | Sold | $ 0.10 | $ 8,290.00 | $ (164,755.00) | *Non-*Dura* Loss |
| Call | C 20250117 7 | 11/14/2024 | 125 | $ 0.45 | $ (5,625.00) | | | | | | | |
| Call | C 20250117 7 | 11/14/2024 | 250 | $ 0.45 | $ (11,250.00) | | | | | | | |
| | | | | | | 11/25/2024 | 375 | Sold | $ 3.20 | $ 120,000.00 | $ 103,125.00 | |
| Call | C 20250117 11 | 12/24/2024 | 200 | $ 1.65 | $ (33,000.00) | | | | | | | |
| Call | C 20250117 11 | 12/24/2024 | 280 | $ 1.80 | $ (50,400.00) | | | | | | | |
| | | | | | | 12/26/2024 | 480 | Sold | $ 3.40 | $ 163,200.00 | $ 79,800.00 | |
| Call | C 20250117 12 | 12/23/2024 | 1 | $ 1.60 | $ (160.00) | | | | | | | |
| Call | C 20250117 12 | 12/23/2024 | 10 | $ 1.65 | $ (1,650.00) | | | | | | | |
| Call | C 20250117 12 | 12/24/2024 | 200 | $ 1.80 | $ (36,000.00) | | | | | | | |
| | | | | | | 12/26/2024 | 211 | Sold | $ 2.75 | $ 58,025.00 | $ 20,215.00 | |
| Call | C 20250117 12 | 12/27/2024 | 500 | $ 1.90 | $ (95,000.00) | | | | | | | |
| Call | C 20250117 12 | 12/27/2024 | 500 | $ 1.90 | $ (95,000.00) | | | | | | | |
| Call | C 20250117 12 | 1/2/2025 | 130 | $ 1.35 | $ (17,550.00) | | | | | | | |
| Call | C 20250117 12 | 1/2/2025 | 300 | $ 1.40 | $ (42,000.00) | | | | | | | |
| | | | | | | 1/17/2025 | 1,430 | Expired | $ - | $ - | $ (249,550.00) | |
| Call | C 20250117 13 | 11/25/2024 | 440 | $ 1.60 | $ (70,400.00) | | | | | | | |
| Call | C 20250117 13 | 11/26/2024 | 500 | $ 1.25 | $ (62,500.00) | | | | | | | |
| Call | C 20250117 13 | 12/20/2024 | 58 | $ 1.39 | $ (8,062.00) | | | | | | | |
| Call | C 20250117 13 | 12/20/2024 | 16 | $ 1.24 | $ (1,984.00) | | | | | | | |
| Call | C 20250117 13 | 1/17/2025 | 103 | $ - | $ - | | | | | | | |
| | | | | | | 12/26/2024 | 1,117 | Sold | $ 2.50 | $ 279,250.00 | $ 136,304.00 | |
| Call | C 20250207 14 | 1/15/2025 | 23 | $ 0.60 | $ (1,373.00) | | | | | | | |
| Call | C 20250207 14 | 1/15/2025 | 255 | $ 0.55 | $ (13,959.00) | | | | | | | |
| | | | | | | 2/7/2025 | 278 | Expired | $ - | $ - | $ (15,332.00) | |
| Call | C 20250221 15 | 12/27/2024 | 500 | $ 2.20 | $ (110,000.00) | | | | | | | |
| Call | C 20250221 15 | 12/31/2024 | 100 | $ 2.88 | $ (28,800.00) | | | | | | | |
| Call | C 20250221 15 | 12/31/2024 | 500 | $ 2.70 | $ (135,000.00) | | | | | | | |
| | | | | | | 2/21/2025 | 1,100 | Expired | $ - | $ - | $ (273,800.00) | |
| Call | C 20250718 11 | 12/16/2024 | 3 | $ 5.20 | $ (1,560.00) | | | | | | | |
| Call | C 20250718 11 | 12/16/2024 | 65 | $ 5.20 | $ (33,800.00) | | | | | | | |
| Call | C 20250718 11 | 12/16/2024 | 700 | $ 5.50 | $ (385,000.00) | | | | | | | |
| | | | | | | 12/23/2024 | 200 | Sold | $ 5.20 | $ 104,000.00 | | |
| | | | | | | 12/26/2024 | 568 | Sold | $ 6.90 | $ 391,920.00 | $ 75,560.00 | |

**Cheng Account #1 LIFO/*Dura* Options Loss: $ (102,322.00)**

**James Cheng - Account #2**

| Options Purchases | | | | | | Sales/Expirations | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Option Type | Option Contract | Date | Quantity | Price | Premium | Date | Quantity | Action | Price | Proceeds | (Loss)/Gain |
| Call | C 20241018 3 | 9/23/2024 | 250 | $ 0.70 | $ (17,500.00) | 10/3/2024 | 250 | Sold | $ 0.60 | $ 15,000.00 | $ (2,500.00) |
| Call | C 20241018 3 | 9/24/2024 | 500 | $ 0.30 | $ (15,000.00) | | | | | | |

| Type | Symbol | Date | Qty | | Price | | Cost | Date | Qty | Status | | Price | | Proceeds | | Gain/Loss | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 10/18/2024 | 100 | Sold | $ | 0.09 | $ | 900.00 | | | |
| | | | | | | | | 10/18/2024 | 150 | Sold | $ | 0.09 | $ | 1,350.00 | | | |
| | | | | | | | | 10/18/2024 | 50 | Sold | $ | 0.09 | $ | 450.00 | | | |
| | | | | | | | | 10/18/2024 | 200 | Sold | $ | 0.09 | $ | 1,800.00 | $ | (10,500.00) | *Non-Dura Loss |
| Call | C 20241018 4 | 9/23/2024 | 250 | $ | 0.41 | $ | (10,250.00) | 10/21/2024 | 250 | Expired | $ | - | $ | - | $ | (10,250.00) | |
| Call | C 20241018 4 | 10/3/2024 | 250 | $ | 0.34 | $ | (8,500.00) | 10/21/2024 | 250 | Expired | $ | - | $ | - | $ | (8,500.00) | *Non-Dura Loss |
| Call | C 20241220 10 | 11/25/2024 | 250 | $ | 2.25 | $ | (56,250.00) | 12/20/2024 | 250 | Sold | $ | 0.94 | $ | 23,500.00 | $ | (32,750.00) | *Non-Dura Loss |
| Call | C 20241220 10 | 11/25/2024 | 250 | $ | 2.15 | $ | (53,738.00) | 12/20/2024 | 250 | Sold | $ | 0.94 | $ | 23,500.00 | $ | (30,238.00) | *Non-Dura Loss |
| Call | C 20241220 10 | 11/25/2024 | 250 | $ | 2.10 | $ | (52,500.00) | 12/20/2024 | 250 | Sold | $ | 0.94 | $ | 23,500.00 | $ | (29,000.00) | *Non-Dura Loss |
| Call | C 20241220 10 | 11/25/2024 | 250 | $ | 2.25 | $ | (56,250.00) | 12/20/2024 | 250 | Sold | $ | 0.94 | $ | 23,500.00 | $ | (32,750.00) | *Non-Dura Loss |
| Call | C 20241220 4 | 11/7/2024 | 250 | $ | 0.51 | $ | (12,750.00) | 11/12/2024 | 250 | Sold | $ | 0.59 | $ | 14,750.00 | $ | 2,000.00 | |
| Call | C 20241220 5 | 11/13/2024 | 250 | $ | 0.52 | $ | (13,000.00) | 11/15/2024 | 250 | Sold | $ | 1.04 | $ | 26,000.00 | $ | 13,000.00 | |
| Call | C 20241220 5 | 11/13/2024 | 250 | $ | 0.51 | $ | (12,750.00) | 11/15/2024 | 250 | Sold | $ | 1.04 | $ | 26,000.00 | $ | 13,250.00 | |
| Call | C 20241220 6 | 11/13/2024 | 250 | $ | 0.36 | $ | (9,000.00) | 11/25/2024 | 250 | Sold | $ | 3.97 | $ | 99,250.00 | $ | 90,250.00 | |
| Call | C 20241220 6 | 11/13/2024 | 250 | $ | 0.41 | $ | (10,250.00) | 11/25/2024 | 250 | Sold | $ | 3.94 | $ | 98,500.00 | $ | 88,250.00 | |
| Call | C 20241220 7 | 11/15/2024 | 250 | $ | 0.81 | $ | (20,250.00) | 11/25/2024 | 250 | Sold | $ | 3.53 | $ | 88,250.00 | $ | 68,000.00 | |
| Call | C 20241220 7 | 11/15/2024 | 250 | $ | 0.75 | $ | (18,750.00) | 11/25/2024 | 250 | Sold | $ | 3.29 | $ | 82,250.00 | $ | 63,500.00 | |
| Put | P 20250103 12 | 12/26/2024 | 250 | $ | 0.61 | $ | (15,250.00) | 12/27/2024 | 250 | Sold | $ | 0.94 | $ | 23,500.00 | $ | 8,250.00 | |
| Put | P 20250103 12 | 12/26/2024 | 250 | $ | 0.61 | $ | (15,250.00) | 12/27/2024 | 250 | Sold | $ | 0.94 | $ | 23,500.00 | $ | 8,250.00 | |
| Put | P 20250103 12 | 12/26/2024 | 250 | $ | 0.61 | $ | (15,250.00) | 12/27/2024 | 250 | Sold | $ | 0.94 | $ | 23,500.00 | $ | 8,250.00 | |
| Put | P 20250103 12 | 12/26/2024 | 250 | $ | 0.61 | $ | (15,250.00) | 12/27/2024 | 250 | Sold | $ | 0.94 | $ | 23,500.00 | $ | 8,250.00 | |
| Call | C 20250117 5 | 11/7/2024 | 150 | $ | 0.41 | $ | (6,150.00) | 11/12/2024 | 150 | Sold | $ | 0.49 | $ | 7,350.00 | $ | 1,200.00 | |
| Call | C 20250117 5 | 11/7/2024 | 100 | $ | 0.41 | $ | (4,100.00) | 11/12/2024 | 100 | Sold | $ | 0.49 | $ | 4,900.00 | $ | 800.00 | |
| Call | C 20250117 5 | 11/7/2024 | 150 | $ | 0.39 | $ | (5,850.00) | 11/12/2024 | 150 | Sold | $ | 0.49 | $ | 7,350.00 | $ | 1,500.00 | |
| Call | C 20250117 5 | 11/7/2024 | 100 | $ | 0.39 | $ | (3,900.00) | 11/12/2024 | 100 | Sold | $ | 0.49 | $ | 4,900.00 | $ | 1,000.00 | |
| Call | C 20250117 5 | 11/11/2024 | 150 | $ | 0.66 | $ | (9,900.00) | 11/12/2024 | 150 | Sold | $ | 0.49 | $ | 7,350.00 | $ | (2,550.00) | *Non-Dura Loss |
| Call | C 20250417 13 | 12/20/2024 | 50 | $ | 3.51 | $ | (17,550.00) | 12/23/2024 | 50 | Sold | $ | 3.61 | $ | 18,050.00 | $ | 500.00 | |
| Call | C 20250417 13 | 12/20/2024 | 19 | $ | 3.51 | $ | (6,669.00) | 12/23/2024 | 19 | Sold | $ | 3.61 | $ | 6,859.00 | $ | 190.00 | |
| Call | C 20250417 13 | 12/20/2024 | 200 | $ | 3.51 | $ | (70,200.00) | 12/23/2024 | 200 | Sold | $ | 3.61 | $ | 72,200.00 | $ | 2,000.00 | |
| Call | C 20250117 13 | 12/23/2024 | 245 | $ | 1.38 | $ | (33,810.00) | 12/26/2024 | 245 | Sold | $ | 2.32 | $ | 56,840.00 | $ | 23,030.00 | |
| Call | C 20250117 13 | 12/23/2024 | 250 | $ | 1.36 | $ | (34,000.00) | 12/26/2024 | 250 | Sold | $ | 2.51 | $ | 62,750.00 | $ | 28,750.00 | |
| Call | C 20250117 13 | 12/23/2024 | 2 | $ | 1.30 | $ | (260.00) | 12/26/2024 | 2 | Sold | $ | 2.49 | $ | 498.00 | $ | 238.00 | |
| Call | C 20250117 13 | 12/23/2024 | 5 | $ | 1.40 | $ | (700.00) | 12/26/2024 | 5 | Sold | $ | 2.49 | $ | 1,245.00 | $ | 545.00 | |
| Call | C 20250117 13 | 12/23/2024 | 200 | $ | 1.40 | $ | (28,000.00) | 12/26/2024 | 200 | Sold | $ | 2.49 | $ | 49,800.00 | $ | 21,800.00 | |
| Call | C 20250117 13 | 12/23/2024 | 5 | $ | 1.40 | $ | (700.00) | 12/26/2024 | 5 | Sold | $ | 2.32 | $ | 1,160.00 | $ | 460.00 | |
| Call | C 20250117 13 | 12/26/2024 | 250 | $ | 2.27 | $ | (56,750.00) | | | | | | | | | | |
| Call | C 20250117 13 | 12/26/2024 | 1 | $ | 2.23 | $ | (223.00) | | | | | | | | | | |
| Call | C 20250117 13 | 12/27/2024 | 94 | $ | 1.51 | $ | (14,194.00) | | | | | | | | | | |
| Call | C 20250117 13 | 12/27/2024 | 250 | $ | 1.61 | $ | (40,250.00) | | | | | | | | | | |
| | | | | | | | | 1/21/2025 | 595 | Expired | $ | - | $ | - | $ | (111,417.00) | |
| Call | C 20250221 15 | 12/27/2024 | 250 | $ | 2.21 | $ | (55,250.00) | | | | | | | | | | |
| Call | C 20250221 15 | 12/27/2024 | 100 | $ | 2.21 | $ | (22,100.00) | | | | | | | | | | |
| Call | C 20250221 15 | 12/27/2024 | 50 | $ | 2.24 | $ | (11,200.00) | | | | | | | | | | |
| | | | | | | | | 2/24/2025 | 500 | Expired | $ | - | $ | - | $ | (88,550.00) | |

**Cheng Account #2 LIFO/Dura Options Gain: $ 240,546.00**

**Cheng Total LIFO/Dura Gain: $ 146,599.00**

**Levelt Howard**

| Common Stock Purchases Date | Quantity | Price | (Cost) | Sales Date | Quantity | | Price* | | Proceeds | | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2024 | 2,000 | $10.62 | ($21,240) | HELD | 2,000 | $ | 7.22 | $ | 14,446.80 | $ | (6,793.20) |
| 12/16/2024 | 15 | $10.42 | ($156) | HELD | 15 | $ | 7.22 | $ | 108.35 | $ | (47.65) |
| 12/18/2024 | 100 | $7.97 | ($797) | HELD | 100 | $ | 7.22 | $ | 722.34 | $ | (74.66) |
| 1/7/2025 | 1,000 | $13.10 | ($13,100) | HELD | 1,000 | $ | 7.22 | $ | 7,223.40 | $ | (5,876.60) |
| 1/7/2025 | 3,000 | $13.80 | ($41,400) | 3/27/2025 | 3,000 | $ | 7.45 | $ | 22,350.00 | $ | (19,050.00) |

Howard Total LIFO/*Dura* Loss:  $ (31,842.11)

**Price***: For those shares purchased during the Class Period and "HELD" through the 90-day period immediately thereafter, losses have been determined using the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that forms the basis for the action is disseminated to the market. *See* 15 U.S.C. § 78u–4(e)(1).