# EXHIBIT B

**Conformed Class Period Losses of William and Tamara Mayers in Securities of Red Cat Holdings, Inc. (NASDAQ: "RCAT")**

| | |
|---|---|
| **Class Period Begins:** | 3/18/2022 |
| **Class Period Ends:** | 1/15/2025 |
| **Partial Disclosures:** | 7/27/2023   9/23/2024 |
| **90-Day Lookback Expired:** | 4/15/2025 |
| **90-Day Lookback Price:** | $7.22 |

**William Mayers**

**Common Stock**

| Purchases | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | (Cost) | Date | Quantity | Price* | Proceeds | (Loss)/Gain |
| 1/7/2025 | 22,727 | $ 13.20 | $ (299,996.40) | HELD | 22,727 | $ 7.22 | $ 164,166.21 | $ (135,830.19) |

**Tamara Mayers**

**Common Stock**

| Purchases | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | (Cost) | Date | Quantity | Price* | Proceeds | (Loss)/Gain |
| 1/7/2025 | 15,151 | 13.17 | $ (199,538.67) | HELD | 15,151 | $ 7.22 | $ 109,441.73 | $ (90,096.94) |

**Total LIFO/*Dura* Losses:  $ (225,927.12)**

**Price***: For those shares purchased during the Class Period and "HELD" through the 90-day period immediately thereafter, losses have been determined using the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that forms the basis for the action is disseminated to the market. *See* 15 U.S.C. § 78u–4(e)(1).