# EXHIBIT C

**Conformed Class Period Losses of Catherine Green in Securities of Red Cat Holdings, Inc. (NASDAQ: "RCAT")**

| | |
|---|---|
| **Class Period Begins:** | 3/18/2022 |
| **Class Period Ends:** | 1/15/2025 |
| **Partial Disclosures:** | 7/27/2023   9/23/2024 |
| **90-Day Lookback Expired:** | 4/15/2025 |
| **90-Day Lookback Price:** | $7.22 |

| Common Stock Purchases Date | Quantity | Price | (Cost) | Sales Date | Quantity | Price | Proceeds | (Loss)/Gain | |
|---|---|---|---|---|---|---|---|---|---|
| 12/23/2024 | 400 | $11.46 | $(4,584.00) | 12/23/2024 | 400 | $10.72 | $4,288.00 | $(296.00) | *Non-*Dura* Loss |
| 1/6/2025 | 5000 | $14.06 | $(70,300.00) | | | | | | |
| | | | | 1/10/2025 | 150 | $11.41 | $1,711.50 | | |
| | | | | 1/10/2025 | 1850 | $11.40 | $21,090.00 | | |
| | | | | 1/10/2025 | 2800 | $12.02 | $33,656.00 | | |
| | | | | 1/10/2025 | 200 | $12.03 | $2,406.00 | $(11,436.50) | *Non-*Dura* Loss |
| 1/6/2025 | 2000 | $14.56 | $(29,120.00) | | | | | | |
| 1/6/2025 | 3000 | $14.96 | $(44,880.00) | | | | | | |
| | | | | 1/6/2025 | 1261 | $14.21 | $17,918.81 | | |
| | | | | 1/6/2025 | 274 | $14.20 | $3,890.80 | | |
| | | | | 1/6/2025 | 324 | $14.23 | $4,610.52 | | |
| | | | | 1/6/2025 | 3141 | $14.24 | $44,727.84 | $(2,852.03) | *Non-*Dura* Loss |
| 1/7/2025 | 4000 | $13.25 | $(53,000.00) | 1/7/2025 | 4000 | $14.40 | $57,600.00 | $4,600.00 | |
| 1/7/2025 | 3000 | $13.55 | $(40,650.00) | | | | | | |
| 1/7/2025 | 2000 | $13.85 | $(27,700.00) | | | | | | |
| | | | | 1/10/2025 | 306 | $10.49 | $3,209.94 | | |
| | | | | 1/10/2025 | 3494 | $10.48 | $36,617.12 | | |
| | | | | 1/10/2025 | 1200 | $10.48 | $12,576.00 | $(15,946.94) | *Non-*Dura* Loss |
| 1/7/2025 | 1000 | $13.85 | $(13,850.00) | | | | | | |
| 1/7/2025 | 3000 | $14.05 | $(42,150.00) | | | | | | |
| | | | | 1/8/2025 | 2000 | $13.00 | $26,000.00 | | |
| | | | | 1/8/2025 | 2000 | $12.80 | $25,600.00 | $(4,400.00) | *Non-*Dura* Loss |
| 1/8/2025 | 2000 | $11.48 | $(22,960.00) | | | | | | |
| 1/8/2025 | 2000 | $11.48 | $(22,960.00) | | | | | | |
| 1/8/2025 | 3000 | $11.90 | $(35,700.00) | | | | | | |

| Date | Qty | Price | Amount | | Date | Qty | Price | Amount | | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/8/2025 | 2000 | $ 12.35 | $ (24,700.00) | | | | | | | | |
| | | | | | 1/8/2025 | 4000 | $11.82 | $ 47,280.00 | | | |
| | | | | | 1/8/2025 | 3000 | $12.26 | $ 36,780.00 | | | |
| | | | | | 1/8/2025 | 2000 | $12.55 | $ 25,100.00 | $ | 2,840.00 | |
| 1/10/2025 | 2000 | $ 10.91 | $ (21,820.00) | | | | | | | | |
| 1/10/2025 | 2000 | $ 11.08 | $ (22,160.00) | | | | | | | | |
| 1/10/2025 | 1000 | $ 11.55 | $ (11,550.00) | | | | | | | | |
| 1/10/2025 | 2000 | $ 11.60 | $ (23,200.00) | | | | | | | | |
| | | | | | 1/10/2025 | 7000 | $10.48 | $ 73,360.00 | $ | (5,370.00) | *Non-*Dura* Loss |
| 1/13/2025 | 1467 | $ 9.50 | $ (13,936.50) | | | | | | | | |
| 1/13/2025 | 200 | $ 9.48 | $ (1,896.00) | | | | | | | | |
| 1/13/2025 | 290 | $ 9.48 | $ (2,749.20) | | | | | | | | |
| 1/13/2025 | 1710 | $ 9.50 | $ (16,245.00) | | | | | | | | |
| 1/13/2025 | 5000 | $ 9.60 | $ (48,000.00) | | | | | | | | |
| | | | | | 1/13/2025 | 840 | $9.69 | $ 8,139.60 | | | |
| | | | | | 1/13/2025 | 1789 | $9.67 | $ 17,299.63 | | | |
| | | | | | 1/13/2025 | 1202 | $9.69 | $ 11,647.38 | | | |
| | | | | | 1/13/2025 | 9 | $9.68 | $ 87.12 | | | |
| | | | | | 1/13/2025 | 1169 | $9.68 | $ 11,315.92 | | | |
| | | | | | 1/13/2025 | 2991 | $9.68 | $ 28,952.88 | | | |
| | | | | | 1/13/2025 | 667 | $9.75 | $ 6,503.25 | $ | 1,119.08 | |

|  | Total LIFO/*Dura* Gain: | $ | 8,559.08 |
|---|---|---|---|