# EXHIBIT A



Red Cat Holdings, Inc.
September 23, 2024 to January 16, 2025