

**Brian Calandra**
**Partner**

February 13, 2026

**VIA ECF**

Hon. Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
Courtroom MLK 2B
50 Walnut Street
Newark, New Jersey 07102

  RE: *Olsen v. Red Cat Holdings, Inc.*, 2:25-cv-05427 (D.N.J.)

Dear Judge Allen:

  Pomerantz LLP ("Pomerantz") is counsel to James Cheng and Levelt Howard (together, "Cheng/Howard"), movants for appointment as Co-Lead Plaintiffs in the above-captioned action (the "Action"). Pursuant to the Court's Orders, respectively entered on January 5, 2026 (Dkt. No. 36) and January 22, 2026 (Dkt. No. 42), we write jointly with lead plaintiff movants William and Tamara Mayers (the "Mayers") and Greenstone Nevada, LLC ("Greenstone" and, together with Cheng/Howard and the Mayers, "Movants") to advise the Court that Movants have reached agreement on a leadership structure that they believe will effectively and efficiently represent the interests of the putative Class in this Action.

  Movants respectfully request that the Court appoint Cheng/Howard and the Mayers as Co-Lead Plaintiffs, and their respective counsel, Pomerantz LLP and Glancy Prongay Wolke & Rotter LLP, as Co-Lead Counsel for the Class. Proposed Co-Lead Plaintiffs intend to designate Greenstone as an additional named plaintiff on an Amended Complaint. Subject to the Court's approval, Proposed Co-Lead Counsel intend to designate Greenstone's counsel, Kahn Swick & Foti, LLC ("KSF"), as additional counsel to the Class and to assign KSF discrete tasks in this litigation, to be performed under Co-Lead Counsel's supervision.

  Movants respectfully request that the Court enter an Order endorsing this proposed leadership structure. Counsel for Movants are available at the Court's convenience to address any questions related to this proposal.

Hon. Jessica S. Allen, U.S.M.J.
February 13, 2026
Page 2

Respectfully submitted,

*/s/ Brian Calandra*
Brian Calandra

cc:    All counsel of record (via ECF)

*Movants' proposed leadership structure is **approved**.  Pursuant to the Court's Order dated August 27, 2025, (ECF No. 22), the parties shall confer and submit a proposed schedule on or before **March 5, 2026**.

SO ORDERED.

s/Jessica S. Allen
United States Magistrate Judge

Dated: February 18, 2026

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646-581-995  bcalandra@pomlaw.com

NEW YORK ● CHICAGO ● LONDON ● LOS ANGELES ● PARIS ● TEL AVIV

www.pomlaw.com